# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127819

MICHAEL EDWARD JARRETT,
     Plaintiff-Appellant,

v

                                        SC: 127819
                                        COA: 255079
                                        Wayne CC: 93-008770

DEPARTMENT OF CORRECTIONS,
     Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 28, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005                                       _____

d1121                                                          Clerk